UNITED STATES DISTRICT COURT FOR
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| **Connelly Development, LLC,**<br>5530 Bush Road<br>Columbia, SC 29212-3007,<br><br>**Tanners Crossing, LP**,<br>5530 Bush River Road<br>Columbia, SC 29212-3007<br><br>**Janice Davis**, an individual residing in<br>West Columbia, South Carolina,<br><br>and<br><br>**National Association of Home Builders of the United States,**<br>1201 15th Street, NW<br>Washington, D.C. 20005,<br><br>Plaintiffs,<br><br>v.<br><br>**City of West Columbia,**<br><br>Defendant. | Civil Action No.: 3:05-460-MBS<br><br>**NOTICE OF SETTLEMENT** |

The Plaintiffs, by and through the undersigned counsel, hereby advise the Court that this matter has settled.

Respectfully submitted,

By: s/Benjamin E. Nicholson, V
Benjamin E. Nicholson, V (Fed ID #4958)
McNair Law Firm, P.A.
Post Office Box 11390
Columbia, South Carolina 29211
803.799.9800
*Attorneys for Plaintiffs*

February 15, 2008
Columbia, South Carolina